IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

IN RE:

GEOGICAL TECHNOLOGIES, INC.  Case No. 10-01448

Debtor.  Chapter 11

**AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY FILING**
**NOTICE OF HEARINGS**

**PLEASE TAKE NOTICE THAT** on July 7, 2010, Magee Goldstein Lasky & Sayers, P.C. ("MGLS"), proposed counsel for Geological Technologies, Inc. ("Debtor") filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Northern District of West Virginia and also filed the following motions and applications listed below.

**PLEASE TAKE FURTHER NOTICE THAT** hearings on the Motions and Applications will be held at:

TIME: 1:00pm
DATE: July 8, 2010
PLACE: UNITED STATES BANKRUPTCY COURT
U.S. FEDERAL BUILDING
217 WEST KING STREET
MARTINSBURG, WEST VIRGINIA 25401

1. APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MCNEER, HIGHLAND, MCMUNN AND VARNER, L.C. AS CO-COUNSEL FOR THE DEBTOR ("McNeer Application")

2. APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MAGEE GOLDSTEIN LASKY & SAYERS, P.C. AS COUNSEL FOR THE DEBTOR ("MGLS Application")

3. APPLICATION OF A. CARTER MAGEE, JR., ANDREW S. GOLDSTEIN, W. JOEL CHARBONEAU, AND GARREN R. LAYMON TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 AND LR GEN P 83.02 ("Pro Hac Vice Motion")

MAGEE GOLDSTEIN
LASKY & SAYERS, P.C.
ATTORNEYS
P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

4. EMERGENCY MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER APPROVING NOTICE OF EVIDENTIARY HEARING ON CERTAIN FIRST DAY MOTIONS AND APPLICATIONS ("First Day Motion")

5. MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(b)(9) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3003(c)(3) ESTABLISHING BAR DATE FOR FILING PROOFS OF CLAIM AND APPROVING BAR DATE NOTICE ("Bar Date Motion")

6. MOTION ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION ("Interim Compensation Motion")

7. MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER UNDER § 366 OF THE BANKRUPTCY CODE (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT ("Utilities Motion")

8. DEBTOR'S EMERGENCY MOTION PURSUANT TO SECTIONS 105(A), 363(B), 1107(A) AND 1108 OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE PAYMENT OF PREPETITION CLAIMS OF CRITICAL TRADE VENDORS ("Critical Vendors Motion")

9. MOTION FOR AN ORDER AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL ("Cash Collateral Motion")

10. MOTION TO AUTHORIZE DEBTOR-IN-POSSESSION TO ABANDON PROPERTY ("Abandonment Motion")

11. MOTION FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF PRE-PETITION WAGES, SALARIES, AND OTHER COMPENSATION AND COSTS AND EXPENSES INCIDENT THERETO ("Pre-Petition Wages Motion")

12. MOTION OF THE DEBTOR TO VALUE CERTAIN PROPERTY ("Valuation Motion")

13. COMPLAINT TO EXTEND THE AUTOMATIC STAY, OR, IN THE ALTERNATIVE FOR INJUNCTIVE RELIEF TO ENJOIN CREDITORS FROM PURSUING CLAIMS AGAINST GUARANTORS ("Injunction")

14. APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF LYNCH FINANCIAL, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR ("Financial Advisor Application")

15. APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ALBRIGHT

MAGEE GOLDSTEIN LASKY & SAYERS
ATTORNEYS
P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

CRUMBACKER MOUL & ITELL AS ACCOUNTANTS TO THE DEBTOR ("CPA Application")

      16.    MOTION TO OBTAIN DIP FINANCING UNDER §364(c) ("DIP Financing Motion")

**Status:** This matter is pending and will be heard at a later time.

If you would like a copy (or copies) of these motions and applications, please contact Jessie Coffman at (540) 343-9800 or you may obtain the documents electronically from https://ecf.wvnb.uscourts.gov.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you object to the relief sought in the Motions and Applications, or if you want the Court to consider your views on the Motions and Applications, then you must file a written objection with the Court and serve a copy on A. Carter Magee, Jr., Esq. at the address shown below.

**If no objections to the Motions and Applications are filed, counsel will tender appropriate Orders to the Court at the hearings and request that they be entered.**

                                  GEOLOGICAL TECHNOLOGIES, INC.
                                  By: /s/ A. Carter Magee, Jr.

MAGEE GOLDSTEIN LASKY & SAYERS, P.C.
A. Carter Magee, Jr., Esq. (VSB #20284)
Andrew S. Goldstein, Esq. (VSB #28421)
W. Joel Charboneau, Esq. (VSB #68025)
Garren R. Laymon, Esq. (VSB #75112)
Post Office Box 404
Roanoke, Virginia 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: cmagee@mglspc.com
*Counsel for the Debtor*

By: /s/ Robert W. Trumble
MCNEER, HIGHLAND, MCMUNN & VARNER, L.C.
Robert W. Trumble, Esq. (WVSB #3804)
P.O. Box 2509
Martinsburg, West Virginia 25402
Telephone: 304-264-4621
Facsimile: 304-264-8623
Electronic Mail: rwtrumble@wvlawyers.com
*Co-Counsel for the Debtor*

MAGEE GOLDSTEIN LASKY & SAYERS P.C.
ATTORNEYS
P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

CERTIFICATE OF SERVICE

I certify that on this 13th day of July, 2010, I served copies of the foregoing Notice of Hearings, along with an agenda listing all of the Motions and Applications, upon the following Notice List by placing true and correct copies in properly addressed envelopes and depositing the same in a regular depository for the United States Postal Service.

I further certify that on this same date I electronically filed this Notice of Hearing with the United States Bankruptcy Court, Northern District of West Virginia, Martinsburg Division, thereby causing an electronic notification of filing to be served all registered users of the ECF system that have filed notices of appearance in this case.

/s/ A. Carter Magee, Jr.

U:\A CLIENTS\Geological Technologies, Inc. 2319\Pleadings\First Day Motions\First Day Motion\Notice of Hearing(First Day Motions).doc



**MAGEE GOLDSTEIN LASKY & SAYERS** P.C.
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW